```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                      :
                                      :
                                      :
COUNTY OF BERGEN,                     :    Civil Action: 09-4465 (JAG)
                                      :
         Plaintiff,                   :      ORDER OF DISMISSAL
                                      :
                                      :            Closed
         v.                           :
                                      :
MEADOWBROOK INSURANCE GROUP,          :
et al.                                :
                                      :
         Defendants,                  :
```

It appearing that the above captioned matter has been administratively stayed,

It is on the day  20th   of  APRIL, 2010

ORDERED that the Clerk administratively terminate the action in his records without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

                                                   s/Garrett E. Brown, Jr.
                                           GARRETT E. BROWN, JR., U.S.D.J.